IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00436-PAB

NESTOR LUIS MONCADA-HERNANDEZ,

    Petitioner,

v.

DONALD J. TRUMP, in his official capacity as President of the United States,
ROBERT HAGAN, in his official capacity as Denver Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations,
TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement,
PETE R. FLORES, in his official capacity as Acting Commissioner for U.S. Customs and Border Protections,
KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security,
MARCO RUBIO, in his official capacity as Secretary of State,
PAMELA BONDI, in her official capacity as U.S. Attorney General, and
JUAN BALTAZAR, Warden, Aurora ICE Processing Center,

    Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 11] of Judge Philip A. Brimmer entered on February 19, 2026, it is

ORDERED that petitioner Nestor Luis Moncada-Hernandez's Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 4th day of March, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
    Deputy Clerk